**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Candace Griggs and Donald Chisolm, Defendants,

Of whom Donald Chisolm is the Appellant.

In the interests of minors under the age of 18.

Appellate Case No. 2021-001239

─────────────

Appeal From Darlington County
Cely Anne Brigman, Family Court Judge

─────────────

Unpublished Opinion No. 2022-UP-272
Submitted June 17, 2022 – Filed June 21, 2022

─────────────

**AFFIRMED**

─────────────

Heather Vry Scalzo, of Offit Kurman, of Spartanburg, for
Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm
LLC, of Mauldin, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

---

**PER CURIAM:**  Donald Chisolm appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Chisholm's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.